DEF1 Ignacio Rodriguez (J)#

CASE NO: __00-4231-BSS__

AUSA: ___Bruce Brown___ present

ATTNY: _____

AGENT: _____

VIOL: __import & pwid cocaine__

PROCEEDING: __Initial Appearance__

BOND REC: ___PTD $25,000 Corp Surety Bond

BOND HEARING HELD - yes/no

COUNSEL APPOINTED: ___AP()___

BOND SET @ ___$25,000 -10% + $100,000 PSB___

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.

2) Appear in court as directed.

3) Surrender and/or do not obtain passports/ travel documents.

4) Rpt to PTS as directed or _____ x's a week/month by phone; _____ x's a week/month in person.

5) Random urine testing by Pretrial Services. Treatment as deemed necessary.

6) Maintain or seek full-time employment.

7) Maintain or begin an educational program.

8) No contact with victims/witnesses.

9) No firearms.

10) Curfew: _____

11) Travel extended to: __SD/FL__

12) ___ Halfway House _____

___ Electronic Monitoring _____

*Reside at current address, no illegal drugs or excessive alcohol*

*A - advised of charges*
*A - sworn for Counsel*

*passport was seized*

NEXT COURT APPEARANCE: _____ DATE: _____ TIME: _____ JUDGE: _____

INQUIRY RE COUNSEL: _____

PTD/BOND HEARING: _____

PRELIM/ARRAIGN OR REMOVAL: __10-13-00__ __11.00am__ __5NDW__

STATUS CONFERENCE: _____

DATE: __10-3-00__ TIME: __11:00__ TAPE # __00- 076 PG #__

2851-3547