## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

6301 - CR-NCR

DEFT:    IGNACIO RODRIGUEZ (J) #          CASE NO:    00-4231-BSS

AUSA:    BRUCE BROWN / Flanigan          ATTY:    FPD / Farnsworth

AGENT:                                    VIOL:

PROCEEDING:    PRELIM / ARRAIGNMENT      RECOMMENDED BOND:

BOND HEARING HELD - yes / no             COUNSEL APPOINTED:

BOND SET @:                               To be cosigned by:

*FILED by ___ D.C.*
*OCT 13 2000*
*CLARENCE MADDOX*
*CLERK U.S. DIST. CT.*
*S.D. OF FLA. FT. LAUD.*

❑    Do not violate any law.

❑    Appear in court as directed.

❑    Surrender and / or do not obtain passports / travel
       documents.

❑    Rpt to PTS as directed / or _____ x`s a week/month
       by phone: _____ x`s a week/month in person.

❑    Random urine testing by Pretrial Services. _____      **Reading of indictment waived**
       Treatment as deemed necessary.                            Not Guilty plea entered
                                                                  Jury trial demanded
❑    Maintain or seek full - time employment.                     Standing Discovery Order requested

❑    No contact with victims / witnesses.

❑    No firearms.

❑    Curfew: _____.

❑    Travel extended to: _____.

❑    Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-3 | 11 | BSS | |

DATE:    10/13/00    TIME:    11:00    FTL/LSS TAPE # 00 - 051    Begin: 2764    End: 2830

