UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6301-CR-ROETTGER

UNITED STATES OF AMERICA

vs

IGNACIO RODRIGUEZ

FILED by D.C.
OCT 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 13, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____
                      _____
                      Telephone:_____

DEFENSE COUNSEL:      Name:_____FEDERAL PUBLIC DEFENDER_____
                      Address:_____
                      _____
                      Telephone:_____

BOND SET/CONTINUED:   $_____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __13TH__ day of __OCTOBER__, 2000.

                            CLARENCE MADDOX
                            COURT ADMINISTRATOR/CLERK OF COURT

                            By: _Jenny Butler_____
                                Deputy Clerk
                                Tape No. 00-_____

cc: Copy for Judge
    U. S. Attorney

