COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Ignacio Rodriguez (no deft)     CASE NO: 00-6301-CR-Roettger
AUSA: Bruce Brown /Rice               ATTNY: FPD Day
AGENT:                                VIOL:
PROCEEDING: Status Conference         BOND REC:
BOND HEARING HELD - yes/no            COUNSEL APPOINTED:
___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
(2) ___ Halfway House
    ___ Electronic Monitoring

Discovery out
no motions
2-3 days
Gov't ready.

NEXT COURT APPEARANCE:   DATE:        TIME:         JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE:
DATE: 11-3-00      TIME: 11:00am   TAPE # 00-089   PG # 2

2792 - 2820

13