UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-ROETTGER

UNITED STATES OF AMERICA,

VS.

IGNACIO RODRIGUEZ,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on November 3, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two to three days to try.

2. Defense counsel did not dispute the Government's representations.

DATED at Fort Lauderdale, Florida this 3 day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Norman C. Roettger
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Federal Public Defender's Office
Attorney for Defendant