FILED by _____ D.C.

JAN 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6301-CR-NCR     Date: 1/18/01
Courtroom Clerk: P. Hart     Court Reporter: Beever
Probation Officer: _____    Interpreter: _____

Plaintiff(s): U.S.A.     Counsel: Brown

Defendant(s): D. Rodriguez (J)     Counsel: B. Berube

Reason For Hearing: Plea

Result of Hearing/Judgment: A filed motion for w/draw of counsel. - Granted. To Mag Snow to appt. CJA counsel.

Misc.: _____

15/08