**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,   CASE NO.: 00-6301-CR-ROETTGER

Plaintiff,

v.

IGNACIO RODRIGUEZ.

Defendant.
_____/

## DEFENDANT IGNACIO RODRIGUEZ' MOTION TO CONTINUE TRIAL

**COMES NOW,** the Defendant, IGNACIO RODRIGUEZ. by and through his undersigned counsel and moves this Honorable Court to continue his trial in the above-referenced case presently set on the trial calendar for April 9, 2001 and in support of this Motion states as follows:

1.  That the Defendant stands ready, willing and able to enter into a plea agreement in this matter.

2.  That the undersigned counsel for the Defendant and the United States Attorney assigned to this matter have had ongoing plea negotiations regarding the plea agreement herein.

3.  That several issues still exist regarding this plea agreement offered by the Government and the Defendant will not enter into this plea agreement until such issues are resolved.

4.  That for the foregoing reasons the Defendant would be greatly prejudiced if forced to proceed to trial on April 9, 2001 in that the Defendant fully expects to enter into a plea agreement upon the finalization of same.

5.  That the Defendant asks for a thirty (30) day continuance of the trial date in this matter so that the plea agreement herein can be finalized.

6.  That the Defendant hereby files this Motion in the interests of justice and not for the purposes of delay.

**WHEREFORE**, Defendant, IGNACIO RODRIGUEZ, respectfully requests this Honorable Court grant his Motion to Continue Trial in this matter.

Respectfully submitted,

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse, Suite 605
Bay Harbor Islands, Florida 33154
(305) 868-0304

By: _____
Barry T. Shevlin, Esq.
Florida Bar No.: 511587

### 10-G CERTIFICATE OF COMPLIANCE

**I HEREBY CERTIFY** that under the provisions of Local Rule 10(g), I have attempted to contact Bruce Brown, Esq., the Assistant United States Attorney assigned to the prosecution of this case regarding the foregoing motion and I was unable to reach him prior to the filing of same.

By: _____
Barry T. Shevlin, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion For Continuance has been furnished via Facsimile and U.S. Mail to Bruce Brown, Esq., Assistant United States Attorney, at 299 East Broward Blvd., Ft. Lauderdale, Florida 33301 on this 4th day of April 2001.

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse, Suite 605
Bay Harbor Islands, Florida 33154
(305) 868-0804

By: _____
Barry T. Shevlin, Esq.