HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: OO - 6301-CR          Date: 4/9/01

Courtroom Clerk: Perez          Court Reporter: Reeves

Probation Officer: _____        Interpreter: _____

Plaintiff(s): USA               Counsel: Brown

Defendant(s): Rodriguez         Counsel: Shevlin

Reason For Hearing: Calendar call

Result of Hearing/Judgment: motion for continuance
granted; to be reset after 30 days.

Misc.: _____