```
UNITED STATES OF AMERICA,           UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA

                                    CASE NO.00-6301-Cr-ROETTGER
v.

IGNACIO RODRIGUEZ,                  ORDER ON CONTINUANCE

        Defendant.
_____/
```

THIS CAUSE is before the Court upon on an unopposed motion by Defendant Rodriguez through counsel for a continuance of Trial in this case.

Upon consideration of the record and motion in this cause the Court finds that the ends of justice are served by the granting of a continuance, and that the ends of justice served by the granting of this continuance outweigh the best interest of the public and the defendant in a speedy trial as required by 18 U.S.C. Sec. 3161(8)(a). Therefore it is

ORDERED AND ADJUDGED that Defendant's Motion is hereby GRANTED. This case shall be reset for Trial at a later date. The entire period of delay until jury selection in this cause shall be excludable time. It is

FURTHER ORDERED AND ADJUDGED that the parties shall continue to comply with the Court's pre-trial order regarding the mandate of the Speedy Trial Act, 18 U.S.C. Sec. 3161, et seq. It is

FURTHER ORDERED AND ADJUDGED that counsel are to inform the Court immediately of the resolution of any scheduling conflicts which have necessitated or contributed to the continuance of the trial in this case. It is

FURTHER ORDERED AND ADJUDGED that if at anytime the Government or Defendant(s) feels that the slightest likelihood exists that one of their witnesses' testimony should be preserved under Rule 15 of the Federal Rules of Criminal Procedure, the parties are urged to motion the court for appropriate relief in regard to the matter.

DONE AND ORDERED this **16** day of **Apr**, 2001.

_____
UNITED STATES DISTRICT COURT JUDGE
NORMAN C. ROETTGER

cc: counsel of record