UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6301-CR-ROETTGER

UNITED STATES OF AMERICA

v

IGNACIO RODRIGUEZ



NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for
MONDAY MAY 21, 2001 at 11:30 A.M. at the U.S. District Courthouse,
299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    CHANGE OF PLEA

CLARENCE MADDOX, CLERK

DATED: 5/14/01

BY: _____

    Deputy Clerk