HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

FILED by _____ D.C.

MAY 21 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Ft. LAUD.

## COURT MINUTES

Case No.: **00-6301-CR-NCR**   Date: **5/21/01**
Courtroom Clerk: **P. Hart**   Court Reporter: **Reeves**
Probation Officer: _____   Interpreter: _____

Plaintiff(s): **U.S.A.**   Counsel: **Washington for Brown**

Defendant(s): **D. Rodriguez (J)**   Counsel: **B. Shevlin**

Reason For Hearing: **Plea**

Result of Hearing/Judgment: **△ plead & adj. as guilty. PSI ordered. sent. set Aug 10, 2001 at 11:00 A.M  △ remanded.**

Misc.: _____