**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,   CASE NO.: 00-6301-CR-ROETTGER

    Plaintiff,

v.

IGNACIO RODRIGUEZ,

    Defendant.

_____/

### STATEMENT OF ACCEPTANCE OF RESPONSIBILITY OF THE DEFENDANT IGNACIO RODRIGUEZ AND STATEMENT OF IGNACIO RODRIGUEZ IN SUPPORT OF HIS APPLICATION FOR THE SAFETY VALVE REDUCTION

I, IGNACIO RODRIGUEZ, hereby acknowledge and accept responsibility for my actions and involvement in Case No.: 00-6301-CR-ROETTGER and state the following in full acceptance of responsibility for this case and in qualification for the award of safety valve in the above referenced case:

I, IGNACIO RODRIGUEZ, was involved in the possession with the intent to distribute cocaine. I have been fully debriefed by the U.S. Attorney's Office in regards to these matters and rely on my statements given to them in support of my application for acceptance of responsibility and application for safety valve reduction. As to my involvement in the instant case, I was arrested on October 3, 2000 when I illegally imported approximately 1,847 grams of cocaine from the country of Haiti to the United States. I received the aforementioned contraband in Haiti and transported same first to New York, then through to the Fort Lauderdale/Hollywood International Airport where I was detained. I am guilty of the charges as outlined in the indictment and I have acknowledged same before this Honorable Court when I entered my guilty plea in this matter. I accept full responsibility for my actions in this case. I ask that you accept this statement in compliance with my acceptance of responsibility requirements and I ask that you award me the safety valve adjustment in my case pending before the court.

I again am sorry for my actions and any inconvenience caused by same.

Dated this 5th day of July, 2001.

Barry T. Shevlin, Esq. on behalf of
IGNACIO RODRIGUEZ



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Facsimile and U.S. Mail to Bruce Brown, Esq., Assistant United States Attorney, at 299 East Broward Blvd., Ft. Lauderdale, Florida 33301and via Facsimile (305) 523-5496 and U.S. Mail to: Bonita Abrams, United States Probation Officer, 300 NE 1st Avenue, Suite #315, Miami, Florida 33132 on this 5th day of July 2001.

        **Law Offices of Barry T. Shevlin, P.A.**
        1111 Kane Concourse, Suite 605
        Bay Harbor Islands, Florida 33154
        (305) 868-0304

By: _____
        Barry T. Shevlin, Esq.