FILED by _____ D.C.

HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## COURT MINUTES

Case No.: 00-6201-CR-NCR  Date: 8/21/01
Courtroom Clerk: L. Hart  Court Reporter: Birnes
Probation Officer: Present  Interpreter: _____
Plaintiff(s): U.S.A.  Counsel: Brown

Defendant(s): A. Rodriguez (J)  Counsel: L. Shivers

Reason For Hearing: Sentencing

Result of Hearing/Judgment: No fine imposed. Committed, assessment $100.00, 4 yrs S.R. 100 hrs com. service.

Misc.: _____