UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO.: 00-6301 - CR-ROETTGER

    Plaintiff,

v.

IGNACIO RODRIGUEZ,

    Defendant
_____/

## NOTICE OF APPEAL

Notice is HEREBY GIVEN that the Defendant IGNACIO RODRIGUEZ hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the conviction and sentence imposed by this Court on October 18, 2001 as a result of his guilty plea in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 30th day of October, 2001 to: Bruce Brown, Esq., Assistant United States Attorney, 299 E. Broward Boulevard, Ft. Lauderdale, Fl 33301.

Respectfully Submitted,

**Law Offices of Barry T. Shevlin, P.A.**
1111 Kane Concourse, Suite 605
Bay Harbor Islands, Florida 33154
Telephone (305) 868-0304

By: _____
Barry T. Shevlin, Esq.
Florida Bar No.: 511587