```
 1
 2
 3            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA
 4
 5  UNITED STATES OF AMERICA,  )
                               )
 6           Plaintiff,        )
                               )
 7  vs.                        )
                               )
 8  IGNACIO RODRIGUEZ,         )    CASE NUMBER:
                               )    00-6301-CR-NCR
 9                             )
             Defendant.        )
10                             )
11
12       Transcript of change of plea proceedings before the
13  Honorable Norman C. Roettger, United States District Judge, at
14  Fort Lauderdale, Florida, on the 21st day of May, 2001.
15
16
    APPEARANCES OF COUNSEL:
17
       For the United States:      DANA WASHINGTON, AUSA
18                                 Fort Lauderdale, Florida
19     For the Defendant:          BARRY T. SHEVLIN, ESQ.
                                   Miami, Florida
20
21     Court Reporter:             Jerald J. Reeves, RPR
22     Proceedings recorded by mechanical stenography.
23     Transcription produced by computer.
24
25

              OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE