```
 1

 2

 3              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
 4

 5   UNITED STATES OF AMERICA,  )
                                )
 6            Plaintiff,         )
                                )
 7   vs.                         )
                                )
 8   IGNACIO RODRIGUEZ,          )   CASE NUMBER:
                                )   00-6301-CR-NCR
 9                              )
              Defendant.         )
10                              )

11

12         Transcript of sentencing proceedings before the

13   Honorable Norman C. Roettger, United States District Judge, at

14   Fort Lauderdale, Florida, on the 29th day of August, 2001.

15

16
     APPEARANCES OF COUNSEL:
17
        For the United States:        BRUCE BROWN, AUSA
18                                    Fort Lauderdale, Florida

19      For the Defendant:            BARRY T. SHEVLIN, ESQ.
                                      Miami, Florida
20

21      Court Reporter:               Jerald J. Reeves, RPR

22      Proceedings recorded by mechanical stenography.

23      Transcription produced by computer.

24

25


              OFFICIAL REPORTER UNITED STATES DISTRICT COURT
```

# NOT

# SCANNED

## PLEASE REFER TO COURT FILE