**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
Clerk's Office - Appeal #01-16242-B      Date: November 28, 2001
U.S. Court of Appeals - Eleventh Circuit USDC # 00-6301-CR-NCR
56 Forsyth St., N.W.                     USCA # 01-16242-B
Atlanta, Georgia    30303

IN RE: USA v. Ignacio Rodriguez
```

================================================================

**Certificate of Readiness of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

   _1_ Volume of Pleadings
   _2_ Volumes of Transcripts

   _X_ Exhibits:

      _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                      Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
         Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          LSS      CLOSED
                                                          APPEAL
                       U.S. District Court
                Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6301-ALL
```

USA v. Rodriguez                                          Filed: 10/12/00

Other Dkt # 0:00-m -04231

Case Assigned to:   Judge Norman C. Roettger, Jr.

| | |
|---|---|
| IGNACIO RODRIGUEZ (1)<br>    defendant<br>  [term   10/18/01] | Barry Ted Shevlin<br>  [term   10/18/01]<br>FTS 868-0338<br>305-868-0304<br>Suite 605<br>[COR LD NTC cja]<br>1111 Kane Concourse<br>Bay Harbour Islands, FL 33154<br><br>Robert Norman Berube<br>  [term   10/18/01]<br>FTS 356-7556<br>[COR LD NTC pda]<br>Public Defender<br>  [term   10/18/01]<br>FTS 356-7556<br>[COR LD NTC pda]<br>Federal Public Defender's<br>Office<br>1 E Broward Boulevard<br>Suite 1100<br>Fort Lauderdale, FL 33301<br>954-356-7436 |

Pending Counts:                          Disposition

21:841A=ND.F POSSESS WITH                Imprisonment 60 months;
INTENT TO DISTRIBUTE COCAINE             Supervised Release 48 months;
(1)                                      Assessment $100.00
                                         (1)

Offense Level (opening): 4

Terminated Counts:

  NONE

Docket as of November 27, 2001 12:38 pm                  Page 1

[Stamp: Certified to be a true and correct copy of the document on file / Clarence Maddox, Clerk / U.S. District Court / Southern District of Florida / By [signature] Deputy Clerk / Date 11-28-01]

```
Proceedings include all events.                                    LSS
0:00cr6301-ALL USA v. Rodriguez                          CLOSED APPEAL
```

Complaints                                    Disposition

21:841 PWID cocaine
[ 0:00-m -4231 ]

```
Proceedings include all events.                                          LSS
0:00cr6301-ALL USA v. Rodriguez                                CLOSED APPEAL
```

IGNACIO RODRIGUEZ

       defendant


==========================

USA

       plaintiff

U. S. Attorneys:

  Bruce Brown
  Below Address Terminated on 6/12/01
  FTS 530-7976
  305-961-9322
  [COR LD NTC]
  United States Attorney's Office
  99 NE 4th Street
  Miami, FL 33132
  305-961-9000

  PTS Officer
  FTS 769-5669
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 769-5566
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500

```
Proceedings include all events.                                    LSS
0:00cr6301-ALL USA v. Rodriguez                              CLOSED APPEAL

10/2/00    --      ARREST of Ignacio Rodriguez
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/3/00    1       COMPLAINT as to Ignacio Rodriguez
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/3/00    2       ORDER on Initial Appearance as to Ignacio Rodriguez Bond
                   set to $25,000-10% & 100,000 PSB, for Appointment of
                   Public Defender Arraignment set for 11:00 10/13/00 before
                   Magistrate Judge Lurana S. Snow, , ( Signed by
                   Magistrate Barry S. Seltzer on 10/3/00) Tape # 00-076 CCAP
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/3/00    3       Minutes of Initial Appearance held on 10/3/00  before
                   Magistrate Barry S. Seltzer as to Ignacio Rodriguez ;
                   Defendant advised of charges, FPD appointed, $100,000 PSB &
                   25,000-10% Cash, arraignment set 10/13/00. Court Reporter
                   Name or Tape #: 00-076
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/5/00    4       DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                   Ignacio Rodriguez
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/5/00    5       NOTICE of Assignment of Assistant Public Defender for
                   Ignacio Rodriguez . Terminated attorney Public Defender for
                   Ignacio Rodriguez AFPD Robert Norman Berube assigned.
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]

10/5/00    6       MOTION by Ignacio Rodriguez for disclosure of expert
                   witnesses
                   [ 0:00-m -4231 ] (dd) [Entry date 10/10/00]       Beg.-vol. 1

10/12/00   7       INDICTMENT as to Ignacio Rodriguez (1) count(s) 1 (Criminal
                   Category 1) (dd) [Entry date 10/13/00]

10/12/00   --      Magistrate identification:  Magistrate Judge Lurana S. Snow
                   (dd) [Entry date 10/13/00]

10/13/00   8       Minutes of Arraignment held on 10/13/00 before Magistrate
                   Judge Lurana S. Snow as to Ignacio Rodriguez; Status
                   Conference 11/3/00 at 11:00; Court Reporter Name or Tape #:
                   00-051 @ 2764-2830 (ss) [Entry date 10/13/00]

10/13/00   9       ARRAIGNMENT INFORMATION SHEET for Ignacio Rodriguez (1)
                   count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court
                   accepts plea. (ss) [Entry date 10/13/00]

10/13/00   10      ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS
                   as to Ignacio Rodriguez Status conference set for 11:00
                   11/3/00 for Ignacio Rodriguez before Magistrate Barry S.
                   Seltzer (Signed by Magistrate Judge Lurana S. Snow on
                   10/13/00) CCAP [EOD Date: 10/13/00]   CCAP (ss)
                   [Entry date 10/13/00]
```

Proceedings include all events.                                          LSS
0:00cr6301-ALL USA v. Rodriguez                                    CLOSED APPEAL

vol. 1 cont

| Date | # | Entry |
|---|---|---|
| 10/13/00 | 11 | STANDING DISCOVERY ORDER as to Ignacio Rodriguez all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Lurana S. Snow on 10/13/00) CCAP (ss) [Entry date 10/13/00] |
| 10/27/00 | 12 | RESPONSE to Standing Discovery Order by USA as to Ignacio Rodriguez (dp) [Entry date 10/30/00] |
| 11/3/00 | 13 | Minutes of Status Conference held on 11/3/00 before Magistrate Barry S. Seltzer as to Ignacio Rodriguez ; Tape #: 00-089 (2792 - 2820); Discovery out; no motions; 2-3 days; Gov't ready (aj) [Entry date 11/06/00] |
| 11/3/00 | 14 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Ignacio Rodriguez ( Signed by Magistrate Barry S. Seltzer on 11/3/00) CCAP [EOD Date: 11/6/00]  CCAP (aj) [Entry date 11/06/00] |
| 1/18/01 | 15 | Minutes of Plea held on 1/18/01 before Judge Norman C. Roettger Jr. as to Ignacio Rodriguez ; Court Reporter Name: Jerry Reeves; Defendant filed motion for withdrawal of counsel-granted; Magistrate Snow to appt. CJA Counsel (aj) [Entry date 01/22/01] |
| 1/23/01 | 16 | CJA 20 as to Ignacio Rodriguez : Appointment of Attorney Barry Ted Shevlin: Voucher # FLS 011883 ( Signed by Magistrate Judge Lurana S. Snow  on 1/23/01) (aj) [Entry date 01/24/01] |
| 3/19/01 | 17 | NOTICE of Hearing as to Ignacio Rodriguez  Set calendar call for 10:00 on 4/9/01 for Ignacio Rodriguez before Judge Norman C. Roettger Jr. (mh) [Entry date 03/22/01] |
| 4/9/01 | 18 | MOTION by Ignacio Rodriguez to continue trial (mh) [Entry date 04/10/01] |
| 4/9/01 | -- | Calendar call as to Ignacio Rodriguez held (ss) [Entry date 04/17/01] |
| 4/16/01 | 19 | Minutes of Calendar Call held on 4/9/01 before Judge Norman C. Roettger Jr. as to Ignacio Rodriguez; Court Reporter Name or Tape #: Reeves (ss) [Entry date 04/17/01] |
| 4/17/01 | 20 | ORDER as to Ignacio Rodriguez granting [18-1] motion to continue trial as to Ignacio Rodriguez (1) (Signed by Norman C. Roettger Jr. on 4/16/01) CCAP [EOD Date: 4/18/01] CCAP (mh) [Entry date 04/18/01] |
| 5/14/01 | 21 | NOTICE of Hearing as to Ignacio Rodriguez : set Change of Plea Hearing for 11:30 5/21/01 for Ignacio Rodriguez before Judge Norman C. Roettger Jr. (aj) [Entry date 05/15/01] |

```
Proceedings include all events.                                          LSS
0:00cr6301-ALL USA v. Rodriguez                          VOl. 1 Conf.  CLOSED APPEAL
```

| Date | # | Entry |
|---|---|---|
| 5/21/01 | 22 | Minutes of Plea held on May 21, 2001 before Judge Norman C. Roettger Jr. as to Ignacio Rodriguez ; Setting Sentencing for August 10, 2001 at 11:00 A.M. before Judge Norman C. Roettger Jr. Court Reporter Name: Reeves (aj) [Entry date 05/21/01] |
| 5/21/01 | -- | PLEA entered by Ignacio Rodriguez . Court accepts plea. GUILTY: Ignacio Rodriguez (1) count(s) 1 (aj) [Entry date 05/21/01] |
| 5/21/01 | 23 | Plea Agreement as to Ignacio Rodriguez (aj) [Entry date 05/21/01] |
| 5/21/01 | 24 | NOTICE of Hearing as to Ignacio Rodriguez : Setting Sentencing for 11:00 8/10/01 for Ignacio Rodriguez before Judge Norman C. Roettger Jr. (aj) [Entry date 05/21/01] |
| 5/29/01 | 25 | NOTICE of Unavailabilty of Counsel Barry R. Shevlin by Ignacio Rodriguez for dates of: 8/25/00 through 9/4/00 (ss) [Entry date 05/30/01] |
| 7/10/01 | 26 | STATEMENT of acceptance of responsibility and statement in support of his application for the safety valve reduction by Ignacio Rodriguez (ss) [Entry date 07/11/01] |
| 7/24/01 | 27 | OBJECTION by Ignacio Rodriguez to Presentence Investigation Report as to Ignacio Rodriguez (aj) [Entry date 07/25/01] |
| 8/6/01 | 28 | OBJECTION (Memorandum regarding Sentencing Issues) by Ignacio Rodriguez to Presentence Investigation Report as to Ignacio Rodriguez (aj) [Entry date 08/07/01] |
| 8/29/01 | -- | Sentencing held Ignacio Rodriguez (1) count(s) 1 (ss) [Entry date 10/22/01] |
| 9/4/01 | 29 | MOTION by Ignacio Rodriguez for rehearing on sentencing (ss) [Entry date 09/05/01] |
| 9/6/01 | 30 | Minutes of sentencing held on 8/29/01 before Judge Norman C. Roettger Jr. as to Ignacio Rodriguez ; Court Reporter Name or Tape #: Jerry Reeves (dp) [Entry date 09/06/01] |
| 10/18/01 | 31 | JUDGMENT as to Ignacio Rodriguez (1) count(s) 1. Imprisonment 60 months; Supervised Release 48 months; Assessment $100.00 (Signed by Judge Norman C. Roettger Jr. on 10/18/01) [EOD Date: 10/22/01] CCAP (ss) [Entry date 10/22/01] |
| 11/1/01 | 32 | NOTICE OF APPEAL by Ignacio Rodriguez re: [31-1] judgment order EOD Date: 10/22/01; Ignacio Rodriguez (1) count(s) 1; Filing Fee: $ NO FEE REQUIRED - CJA Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 11/01/01] |

```
Proceedings include all events.                                      LSS
0:00cr6301-ALL USA v. Rodriguez                              CLOSED APPEAL
```
*vol. 1 cont.*

| Date | Doc | Description |
|---|---|---|
| 11/1/01 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Ignacio Rodriguez [32-1] appeal (gf) [Entry date 11/01/01] |
| 11/13/01 | -- | NOTICE of Receipt of Notice of Appeal Transmittal Letter from USCA on 11/13/01 as to Ignacio Rodriguez Re: [32-1] appeal USCA Number: 01-16242-B (dl) [Entry date 11/14/01] |
| 11/14/01 | 33 | TRANSCRIPT INFORMATION FORM as to Ignacio Rodriguez re: [32-1] appeal received on 11/19/01 from Court Reporter. (Returned to Court Reporter Coordinator) (gf) [Entry date 11/19/01] |
| 11/20/01 | 34 | TRANSCRIPT filed as to Ignacio Rodriguez of Plea Proceedings held 5/21/01 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-15 re: [32-1] appeal . Appeal record due on 12/5/01 for Ignacio Rodriguez (gf) [Entry date 11/23/01] *vol. 2* |
| 11/20/01 | 35 | TRANSCRIPT filed as to Ignacio Rodriguez of Sentencing Proceedings held 8/29/01 before Judge Norman C. Roettger, Jr. Volume #: 1 Pages: 1-20 re: [32-1] appeal . Appeal record due on 12/5/01 for Ignacio Rodriguez (gf) [Entry date 11/23/01] *vol. 3* |
| 11/27/01 | 36 | Certificate of readiness transmitted to USCA as to Ignacio Rodriguez re: [32-1] appeal by Ignacio Rodriguez USCA # 01-16242-B (dl) [Entry date 11/27/01] *End. vol. 1* |