**CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (5-99)**

FILED by ___ D.C.
CT. REP.
JAN 25 2002

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | VOUCHER NUMBER |
|---|---|---|
| | Ignacio Rodriguez | FLST20013292 |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | 00-6301-CR-Roettger | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. Ignacio Rodriguez | ☒ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☒ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other: | |

**11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.**
possession with intent to distribute & distribution of cocaine base in violation of 21 U.S.C. § 841 (a)(1)

**12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED (Describe briefly)**
to be used in the appeal of Defendant Ignacio Rodriguez's conviction and sentence

Entered ___ CV 12/3/01
APB 12/5/01

**13. PROCEEDING TO BE TRANSCRIBED (Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).**

sentencing - August 20, 2001 - Roettger
plea - May 21, 2001 - Roettger

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned Cost _____ % of transcript with (Give case name and defendant) | |
| B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript | |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal ☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☐ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

**15. ATTORNEY'S STATEMENT**
As the attorney for the person represented who is named above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

Signature of Attorney    11/7/01

Barry T. Shevlin, Esq.
Printed Name
Telephone Number: 305-868-0304
☒ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

**16. COURT ORDER**
Financial eligibility of the person represented having been established to the Court's satisfaction, the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judicial Officer or By Order of the Court
20 NOV 2001
Date of Order    Nunc Pro Tunc Date

_(left margin, handwritten)_ Appointed Dist Level

**CLAIM FOR SERVICES**

| 17. COURT REPORTER/TRANSCRIBER STATUS | 18. PAYEE'S NAME AND MAILING ADDRESS |
|---|---|
| ☒ Official ☐ Contract ☐ Transcriber ☐ Other | Jerald T. Reeves 299 E. Broward Blvd 205-F Ft. Lauderdale FL 33301 Telephone Number: 914-768-5548 |

**19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE**
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

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | 1-15 1-20 | 35 | 3.30 | 115.50 | | 115.50 |
| Copy | | | | | | |
| Expenses (Itemize) | | | | | | |
| | | | | **TOTAL AMOUNT CLAIMED:** | | $115.50 |

**21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED**
I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment (compensation or anything of value) from any other source for these services.

Signature of Claimant/Payee ___    Date 11/20/01

**ATTORNEY CERTIFICATION**
**22. CERTIFICATION OF ATTORNEY OR CLERK** I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk ___    12-3-01
Date

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. APPROVED FOR PAYMENT | 24. AMOUNT APPROVED |
|---|---|
| Signature of Judicial Officer or Clerk of Court    21 NOV 2001 Date | 115.50 |