```
```

| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT |
|---|---|
| | SOUTHERN DISTRICT OF FLORIDA |
| v. | Case No.:00-6301-CR-ROETTGER |
| | ORDER |
| IGNACIO RODRIGUEZ, | |
| _____Defendant._____/ | |

**THIS CAUSE** is before the Court upon motion for rehearing on sentencing. Upon consideration of the motion and the record in this cause, it is

**ORDERED AND ADJUDGED** that the motion for rehearing on sentencing is hereby **DENIED**.

**DONE AND ORDERED** this 26 day of June, 2002.

_____
NORMAN C. ROETTGER
UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record

