## COURT MINUTES
**U.S. MAGISTRATE JUDGE EDWIN G. TORRES** - COURTROOM **EAST**

DATE: 07/05/07  TIME: 1:30  PAGE: 1

DEFT: IGNACIO RODRIGUEZ(J)55482-004  CASE NO: 00-6301-CR-UNGARO
AUSA: Susan Osborne  ATTY: Miguel Caridad
AGENT: ___  VIOL: PROBATION VIOL
PROCEEDING: INITIAL APPEARANCE  RECOMMENDED BOND: ___
BOND/PTD HEARING HELD - yes / no  COUNSEL APPOINTED: ___
BOND SET @: ___
To be cosigned by: ___
INTERPRETER: ~~Spanish~~

Disposition: Δ sworn - (Appt AFPD)

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments .
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

- No Bond -

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL: ___
~~PTD~~/BOND HEARING: 7-9-07 ✓
~~PRELIM/ARRAIGN. OR REMOVAL:~~ 7-9-07 ✓ - Probable Cause
STATUS CONFERENCE ___

TAPE No. 07-E-59  Begin: 827  TIME IN COURT: ___