*Already processed*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

-vs-

Rodriguez, Ignacio
Defendant

CASE NUMBER: CR-00-6301-CR-Ungaro

REPORT COMMENCING CRIMINAL ACTION

55480-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT            (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

1) DATE AND TIME OF ARREST: 7-3-07  12:30  AM / (PM)

2) LANGUAGE SPOKEN: English

3) OFFENSE(S) CHARGED: Probation

DATE OF BIRTH: 1949

TYPE OF CHARGING DOCUMENT: (CHE
{ } INDICTMENT    { } COMPLAINT TO
{ } BENCH WARRANT FOR FAILURE TO AP
{X} PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: S/FL 056 C 055 505

REMARKS: _____

AUSA

(8) ARRESTING OFFICER: USM Rivas

(10) PHONE: 305-536-5677