UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-UNGARO

UNITED STATES OF AMERICA,

    Plaintiff,
v.

IGNACIO RODRIGUEZ,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF
RIGHTS TO SILENCE AND COUNSEL**

The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any

matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

>Respectfully submitted,
>
>KATHLEEN M. WILLIAMS
>FEDERAL PUBLIC DEFENDER
>
>BY:  /s/Miguel Caridad
>     Miguel Caridad
>     Assistant Federal Public Defender
>     Florida Bar No. 384021
>     150 West Flagler Street, Suite 1700
>     Miami, FL 33130
>     Tel.: (305)530-7000
>     Facsimile: (305)536-4559
>     miguel_caridad@fd.org, E-mail

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

>/s/Miguel Caridad
>Miguel Caridad