# COURT MINUTES
## U.S. MAGISTRATE JUDGE CHRIS M. MCALILEY - COURTROOM VII

DATE: 7/9/07  TIME: 10:00 A.M.  PAGE: 4

DEFT: IGNACIO RODRIGUEZ(J)55482-004  CASE NO: 00-6301-CR-UNGARO
AUSA: Jeff Markus  ATTY: AFPD - Miguel Caridad
AGENT:  VIOL: PROBATION VIOL.
PROCEEDING: BOND /PROB. CAUSE  RECOMMENDED BOND: NO BOND
BOND/PTD HEARING HELD - yes (no)  COUNSEL APPOINTED:
BOND SET @: no bond / Detention  To be cosigned by:
INTERPRETER:

Disposition: Waives Prel. Prob- cause / Stip NO Bond - Detention all hrg's to be set by Judge Ungaro.

- ☐ All Standard Conditions.
- ☐ Surrender / or do not obtain passports / travel documents
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in a mental health assessment and treatment
- ☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
- ☐ Not to encumber property.
- ☐ Maintain or seek full - time employment/education.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ May Not visit Transportation Establishments.
- ☐ Travel extended to: ___
- ☐ Home Confinement/Electronic Monitoring/Curfew ___ paid by ___
- ☐ Other ___

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:  PLACE:
REPORT RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:
STATUS CONFERENCE

TAPE No. 07-H- 69  Begin: 2929  TIME IN COURT: 1

COURT MINUTES