UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-UNGARO

UNITED STATES OF AMERICA,
vs.

IGNACIO RODRIGUEZ,

## WAIVER OF PROBABLE CAUSE HEARING

I, IGNACIO RODRIGUEZ the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to A PROBABLE CAUSE HEARING

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on _____, my right to A PROBABLE CAUSE HEARING

DATED: JUNE 13, 2007

X Ignacio Rodriguez
Defendant

Miguel Caridad
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to A PROBABLE CAUSE HEARING all further rights, to be set by Judge Ungaro.

DATED this 9th day of JULY, 2007, at MIAMI, FLORIDA, Southern District of Florida.

TAPE NO. 07H-59-2929

c: AUSA
   Defense Counsel
   Probation
   U.S. Marshal

CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE


3 minutes