UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6301-CR-UNGARO

UNITED STATES OF AMERICA,
                    Plaintiff,

vs.

IGNACIO RODRIGUEZ,
                    Defendant.
_____ :

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public

Defender specified below.  Please send all notices and inquiries to this attorney at the

address listed.

                                        Respectfully submitted,
                                        KATHLEEN M. WILLIAMS
                                        FEDERAL PUBLIC DEFENDER

                        BY:    /s Daniel Ecarius
                                        Daniel Ecarius
                                        Assistant Federal Public Defender
                                        Florida Bar No.  0719765
                                        150 West Flagler Street, Suite 1700
                                        Miami, Florida 33130-1556
                                        Tel:   (305) 530-7000, Ext. 114
                                        Fax: (305) 536-4559
                                        E-Mail: Daniel_Ecarius @fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, undersigned electronically filed the foregoing
document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to
those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                                        /s Daniel Ecarius
                                        Daniel Ecarius

J:\Rodriguez, Ignacio Reg55482-004\Pleadings\Notice.assignment.wpd