PROB 19a

SD/FL PACTS No. 65673

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-ROETTGER (Ungaro)

U.S.A. vs Ignacio Rodriguez

FILED by JG D.C.

JUL 16 2007

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S. D. OF FLA. - MIAMI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

130864

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| Ignacio Rodriguez | Male | W-H | 58 |

ADDRESS (STREET, CITY, STATE)
2669 West 72nd Street, Miami, FL

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| SOUTHERN DISTRICT OF FLORIDA, MIAMI | 08/29/01 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)
SOUTHERN DISTRICT OF FLORIDA, MIAMI

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Clarence Maddox | Kathy-[signature] | 3/30/07 |

### RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | 3/30/07 | 7/2/07 |

EXECUTING AGENCY (NAME AND ADDRESS)
USMS Ft. Lauderdale, FL

| NAME | (BY) | DATE |
|---|---|---|
| Christina Pharo, US Marshal S/D FL | Sabrina Livingston, ADUSM | 7/2/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."