UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA  
CASE NO: 00-6301-CR-UNGARO  
Magistrate O'Sullivan

UNITED STATES OF AMERICA,

 **Plaintiff,**

v.

**IGNACIO RODRIGUEZ,**

 **Defendants.**

_____/

**ORDER OF REFERENCE TO MAGISTRATE JUDGE  
FOR REVOCATION HEARING**

 PURSUANT to 28 U.S.C. Sect. 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge John J. O'Sullivan to take all the necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the Defendant's Supervised Release should be revoked. Pursuant to this referral order, it is also

 ORDERED and ADJUDGED that it is the responsibility of the parties in this case to note on **ALL MOTIONS AND SUBMISSIONS PERTAINING TO ANY OF THE ABOVE REFERENCED MATTERS SHALL CONTAIN THE NAME OF THE MAGISTRATE ASSIGNED** and an additional courtesy copy of all materials necessary to the resolution of the referred matter shall be

directed to the Magistrate's chambers.

DONE and ORDERED in chambers at the United States District Court, Miami, Florida, this 24 day of August, 2007.

*(signature)*
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge
    U.S. Probation
    Counsel of Record