UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO RODRIGUEZ,

    Defendant.
_____/

## NOTICE OF EVIDENTIARY HEARING

THIS MATTER is before the Court pursuant to an Order of Reference entered by the Honorable Ursula Ungaro-Benages directing this Court to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release/probation should be revoked. **The defendant may cancel the hearing by filing a notice of admission to the alleged violations one week prior to the hearing date.** This Court being otherwise fully advised in the premises, it is hereby ordered and adjudged that an evidentiary hearing take place on October 15, 2007, at 10:00 A.M., at the United States District Court, 300 NE 1 Ave., Miami, Florida, South Courtroom.

(A) Witness lists shall be exchanged at least 48 hours prior to the hearing.

(B) All exhibits to be used at this hearing shall be pre-marked and made available to the opposing party at the least 48 hours prior to this hearing.

(C) Either party may file a memorandum with the Court within 11 day of the date of this Order. A response shall be filed within 5 days of the filing of any memorandum filed.

(D) The parties shall immediately notify this Court of any settlement of the matters which are the subject of this hearing.

(E) The Court has reserved one hour for this hearing. If either party desires more time allotted, the appropriate motion shall be filed.

(F) Only the defendant subject to this motion shall be required to attend this hearing.

DONE AND ORDERED, in Chambers, at Miami, Florida this 17th day of September, 2007.

                                                                      JOHN J. O'SULLIVAN
                                                                       U. S. MAGISTRATE JUDGE

c: **Daniel Ecarius, AFPD**
   **Bruce Brown, AUSA**
   **Curtis Alexander, US Probation Officer**
   **Honorable Judge Ungaro**