UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

IGNACIO RODRIGUEZ,
        Defendant.
_____:

## NOTICE OF ADMISSION TO SUPERVISED RELEASE VIOLATIONS

The defendant, Ignacio Rodriguez, through counsel, hereby admits to the following supervised release violations:

1. Violation number 1: Failing to submit a written monthly report for the months of August, 2006, through February, 2007.

2. Violation number 2: Failing to notify the probation office of a change of address.

3. Violation number 3: Failing to notify the probation officer of a change in employment.

4. Violation number 4: Failing to report as directed.

        Respectfully submitted,
        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

BY:   /s Daniel Ecarius
       Daniel Ecarius
       Assistant Federal Public Defender
       Florida Bar No. 0719765
       150 West Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000, Ext. 114
       Fax: (305) 536-4559
       E-Mail: Daniel_Ecarius @fd.org

## CERTIFICATE OF SERVICE

    I hereby certify that on October 2, 2007, undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF and has served same via U.S. Mail to those counsel(s) who are not authorized to receive electronically Notice of Electronic Filing.

                                              /s Daniel Ecarius
                                             Daniel Ecarius

J:\Rodriguez, Ignacio Reg55482-004\Pleadings\Notice.Admission.wpd