UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6301-CR-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IGNACIO RODRIGUEZ,

    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court pursuant to an Order of Reference entered by the Honorable Ursula Ungaro directing this Court to take all necessary and proper action as required by law, including but not limited to an evidentiary hearing, with respect to whether or not the defendant's supervised release should be revoked. Based on the defendant's admissions to violations one through four,[1] it is

ORDERED AND ADJUDGED that the hearing set for October 15, 2007, at 10:00 A.M., before the undersigned is cancelled.

DONE AND ORDERED, in Chambers, at Miami, Florida this **4th** day of October, 2007.

                JOHN J. O'SULLIVAN
                U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Judge Ungaro
Daniel Ecarius, AFPD
Bruce Brown, AUSA
Curtis Alexander, US Probation Officer

---

[1] See defendant's Notice of Admission to Supervised Release Violations (DE# 53, 10/3/07).