UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE UNGARO

*Bond in Court.*

Case No. 00-06301 CR-UU    Date: 10/29/07
Style: USA vs. Ignacio Rodriguez
Pltf/AUSA: Brent Tantillo
Defense Csl: Dan Ecarius
Deputy Clerk: Kathryn B. Harlan
Reporter: W. Ramanishin

Status Conference/Hearing on Motion/**Sentencing**:

Revoked S.R.

10 months BOP w/ No S.R. to follow — w/ mental health treatment

**Trial Minutes:**    BENCH/JURY    Voir Dire Held _____

Jury Trial Begins: _____    Trial Held _____    Day # _____

Trial Ends _____    Deft. Remanded/ Acquitted

Exhibits Released To: _____
                     Print & Sign

Agency and Phone #: _____